UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MILDRED HERBERT** | § § § | **CIVIL ACTION** |
| | § | **Docket No. 2:23-cv-4218-SSV-MBN** |
| **Versus** | § § | |
| **GEICO ADVANTAGE INSURANCE COMPANY** | § § § § | |

## MOTION TO DISMISS WITHOUT PREJUDICE

NOW INTO COURT, comes undersigned counsel, and respectfully request this Honorable Court to grant its Motion to Dismiss Without Prejudice for the reasons set forth below.

On August 25, 2023, in an abundance of caution and in order to preserve Plaintiff's rights, Galindo Law Firm filed a complaint to avoid any issue of liberative prescription in the matter;

Subsequently, it was pointed out to undersigned counsel that Defendant GEICO Advantage Insurance Company did not underwrite the policy of homeowner's insurance at question in the instatnt matter.  Rather, the Carrier was advised to be Homesite Insurance, Claim No. 01003837009, Policy No. #31904965, and should be the named defendant in this matter.

While Plaintiff believes that a connexity between these two entities, it requires further investigation.

In order to avoid Defendant incurring unnecessary cost in answereing the Complaint and considering all of the law and facts of the matter;

**WHEREFORE,** undersigned counsel respectfully requests this Honorable Court GRANT this Motion and enter an order dismissing the above-referenced claim without prejudice.

Respectfully Submitted,

/s/ Mark Ladd_____
Mark Ladd
Louisiana Bar Number: 30847
mark@galindolaw.com

Chinwe Onyenekwu
Louisiana Bar Number: 34013
chewa@galindolaw.com

Galindo Law Firm
3850 North Caseway Blvd. Ste. 1520
Metairie, Louisiana 70002
Ph. 713-228-3030
Fax 713-228-3003
Email: hurricane@galindolaw.com
**ATTORNEYS FOR PLAINTIFF`**